IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 23 2019
JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

**Rose A. Holloway** _____, Plaintiff

v.

**Freemont County RE-1** _____,

**Canon City High School** _____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

**EMPLOYMENT DISCRIMINATION COMPLAINT**

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Rose A. Holloway, 1344 Alexander Cir., Pueblo, CO 81001
(Name and complete mailing address)

719-647-7134, rahnews@comcast.net
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Freemont County RE-1, Canon City High School
(Name and complete mailing address)
101 N. 14th Street, Canon City, CO 81212
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)
_____
(Telephone number and e-mail address if known)

C. **JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

__X__ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

_____ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

_____ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

__X__ Other: *(please specify)* 42 USC Section 1981 and Public Policy

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Discrimination Based upon Race/National Origin (not color, but National Origin of Ancestors, or ethnicity) in violation of Title VII of the Civil Rights Act, and 42 USC Section 1981

The conduct complained of in this claim involves the following: (*check all that apply*)

___ failure to hire            ___ different terms and conditions of employment

___ failure to promote         ___ failure to accommodate disability

**X** termination of employment   ___ retaliation

___ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

**X** race       ___ religion       **X** national origin       ___ age

___ color      ___ sex            ___ disability

Supporting facts:

**See Attached**

CLAIM TWO: **Retaliation in violation of EEO laws and EEO rights.**

The conduct complained of in this claim involves the following: (*check all that apply*)

\_\_\_ failure to hire  \_\_\_ different terms and conditions of employment

\_\_\_ failure to promote  \_\_\_ failure to accommodate disability

\_\_\_ termination of employment  **X** retaliation

\_\_\_ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

**X** race  \_\_\_ religion  **X** national origin  \_\_\_ age

\_\_\_ color  \_\_\_ sex  \_\_\_ disability

Supporting facts:

See Attached

[Click Here for Additional Claim]

CLAIM 3 : <u>**Wrongful discharge in violation of Public Policy.**</u>

The conduct complained of in this claim involves the following: (*check all that apply*)

    \_\_\_ failure to hire     \_\_\_ different terms and conditions of employment

    \_\_\_ failure to promote     \_\_\_ failure to accommodate disability

    \_\_\_ termination of employment     \_\_\_ retaliation

    **X** other: (*please specify*) IDEA, Section 504 of the Rehabilitation Act of 1973, and Public Policy

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

    **X** race     \_\_\_ religion     **X** national origin     \_\_\_ age

    \_\_\_ color     \_\_\_ sex     \_\_\_ disability

Supporting facts:

See Attached

4

## E. ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

☑ Yes (***You must attach a copy of the administrative charge to this complaint***)

☐ No

Have you received a notice of right to sue? (*check one*)

☑ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

☐ No

## F. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

## G. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

**19 December 2019**
(Date)

(Revised December 2017

| | |
|---|---|
| United States District Court,<br>US District Court of Colorado<br>Alfred A. Arraj United States Courthouse<br>901 19th Street<br>Denver, CO 80294-3433 | |
| Plaintiff:<br>Rose A. Holloway<br><br>v.<br><br>Defendant:<br>Freemont County RE-1 – Canon City High School | |
| Rose A. Holloway Pro Se | |
| **Complaint** ||

I. Jurisdiction and Venue

1. Plaintiff was a resident of Pueblo County, Pueblo, Colorado at all times relevant to this complaint.

2. The Defendant, Freemont County RE-1 – Canon City High School, was a government entity conducting business in Colorado with District offices at 101 N. 14th Street, Canon City, CO, 81212, and the High School located at 1313 College Ave., Canon City, CO, 81212.

3. This case arises out of the Defendant's conduct, said conduct occurring at both the District offices at 101 N. 14th Street, Canon City, CO, 81212, and the High School located at 1313 College Ave., Canon City, CO, 81212.

4. Jurisdiction is proper in the United States District Court in Colorado.

5. Venue is appropriate in Denver, CO per Title VII of the Civil Rights Act, Section, 42 USC Section 1981, and per Wrongful Discharge in Violation of Public Policy.

II. Background Facts

6. The Plaintiff was hired on June 21, 2018 in a teaching position classified as a "hard to fill position." The interviews were conducted by several different Principals as there were several positions to be filled and time was running out. The orientation for new teachers was scheduled to begin in a few weeks, with a start date of 14 August 2019 for the rest of the staff. Thus, beginning in August of 2018, Plaintiff was employed with Defendant Freemont County RE-1 – Canon City High School as a Teacher.

7. During the time of Plaintiff's employment with Defendant, a number of other individual were employed by and operated as agents and representatives of Defendant. These individuals

included Ms. Siena Wamsganz, Mr. Tim Renn, Mr. Bill Summers, Mr. Matt Barton, Mr. Ken Cline, Ms. Lorry Bolton, Ms. Sharon Schott, Mr. Scott Carlson, Mr. George Welsh, Ms. Dana Kalipolites, Ms. Samantha Konty, Ms. Sara Marietta, Ms. Michelle Johnson, Ms. Amanda Conrad, Ms. Michelle Curl, Ms. Suzanne Ozsalar, Ms. Rachel Lyons, Mr. Kevin Marushack, Ms. Kristyn Econome, Ms. Marcy Epperson, Ms. Nicola Vera, Ms. Anita Hood, Ms. Patricia Bisesi.

8. Ms. Siena Wamsganz was the case manager, who was the direct line supervisor of the Teachers, who were the Individual Education Plan (IEP) managers, Mr. Bill Summers, the Principal, Ms. Sara Marietta, the Principal's Secretary, Ms. Michelle Johnson, Mr. Ken Cline, and Mr. Matt Barton, the Assistant Principals, were all administration at the High School, Mr. Tim Renn, Director of Special Services, and Mr. George Welsh, Superintendent, were District Administrative employees. All of the other named individuals were teachers at the High School except Ms. Patricia Bisesi and Ms. Anita Hood who were para-professionals at the High School.

9. The race/national origin/ethnicity of the Plaintiff was not known by the staff initially. Thus, there were no apparent problems other than with the Plaintiff's co-worker, Ms. Schott, who recognized the Plaintiff's race/national origin/ethnicity immediately, and began to mount a campaign against the Plaintiff. However, it was not until October that the Administration joined in the campaign, thus, supporting that officially the Plaintiff's race/national origin/ethnicity was not confirmed until that time.

10. The Plaintiff, Ms. Holloway, found it necessary to request the curriculum, textbooks, reading materials, and teaching tools used at the High School several times from the Principal, the English/Language Arts Department Chair, and the co-teacher, and never received these items, other than a few textbooks and some reading books a week after the class had already commenced. Grading expectations and assignment expectations, including scoring methods should have accompanied the curriculum, but were never received. No grading guidance was given until the Performance Improvement Plan was enacted.

11. Training on how the school preferred the Individual Education Plans to be written was not held until after the Performance Improvement Plan was written. 12. The Plaintiff was called to the office for a meeting with the Principal in October. At that time, Ms. Holloway was informed that she was being placed upon a Performance Improvement Plan (PIP). The areas of concern were exaggerated, or were clearly false; additionally, from October to February, Ms. Holloway complied with the improvement goals, but this was not acknowledged, and several of the "charges," were proved false, but not removed. Also, Ms. Holloway was held responsible for the Case Manager's duties, rather than the duties of an IEP Manager. Ms. Holloway was an IEP Manager, and not the Case Manager. Several humiliating and intimidating statements were made to the Plaintiff, and several humiliating and intimidating actions were perpetrated against the Plaintiff by the Defendant that were blatant statements and acts of discrimination.

12. The only time the Plaintiff, Ms. Holloway, did not play well with others is when she advocated for a student on an Individual Education Plan (IEP), and sent several emails, to the ELA Department Chair, the Case Manager, and the Principal to get the matter corrected. Or, when asking for teaching materials. If asking for teaching materials and advocating for students

with special needs to the ESS Department, the ELA Department, and the Administration, is what they mean by not working well with others, then their expectations are against the expectations of those designated by law, specifically the IDEA and Section 504 of the Rehabilitation Act of 1973, and by Public Policy expectations.

13. The District was given references by the Principal of a Residential Treatment Facility which stated that Ms. Holloway was the best classroom manager at the facility. Classroom management is dependent upon the teacher having authority in the classroom with the backing of the Administration. However, it is impossible if the administration does not support the classroom teacher. Initially, Ms. Schott, and then the Administration interfered to such a degree that they made Ms. Holloway's work environment unsafe. The lack of support was so blatant, so humiliating and adverse, that it created discord in the classroom.

14. The Plaintiff was forced to submit a Letter of Resignation by the Defendant to ward off threats of bad reviews and bad references though, per the PIP, the Plaintiff had met many of the goals of the PIP.

15. On 15 February, the Plaintiff was asked to resign by 20 February, or be non-renewed, which was explained at the meeting, to mean fired with bad reviews and bad references. The Plaintiff was promised full pay and benefits through the contract year, and that the resignation date would be effective 24 May 2019. Also, there would be no negative reviews or negative references. However, after receiving the Letter of Resignation submitted by the Plaintiff, the Administration retaliated because of the charge of bias/discrimination cited in the Letter of Resignation. The defendant did this by refusing to accept the Letter of Resignation, and instead decided to terminate employment, confiscated keys and badges from the Plaintiff, loaded most of the Plaintiffs property onto carts, and humiliated the Plaintiff by force marching the Plaintiff out of the building, stuffing the Plaintiffs property into the Plaintiffs car, and locking the Plaintiff out of the Building. Non-renewal of a probationary teacher is fairly standard, and if there were not clear violations of the EEO laws and EEO rights, then why would the Defendant be so adamant that the Plaintiff resign? Pushing so strongly for a Letter of Resignation, allied with the promises, and the denigrating comments and accusations are all techniques used to manipulate and abuse.

16. On that same day, in a meeting with the Superintendent, the Plaintiff was offered an opportunity to rewrite the Letter of Resignation in a "dignified manner" and the Superintendent then guaranteed a good review and good references. He made similar insinuations and humiliating and intimidating comments as had been made by the Administration at the High School. Then concluded by informing the Plaintiff, Ms. Holloway, that she just didn't fit into their "culture."

Claims:

Claim 1: Discrimination Based upon Race/National Origin (not color, but National Origin of Ancestors, or ethnicity) in violation of Title VII of the Civil Rights Act, and 42 USC Section 1981.

17. Ms. Holloway is including all the background information stated within paragraphs 1-16 above into this claim.

18. The Defendant is the employer.

19. Ms. Holloway, the Plaintiff, is a member of the protected class based upon race/national origin, (Hispanic/Mexican American).

20. At all times, Ms. Holloway, the Plaintiff was performing her job in a satisfactory manner as per the job description, IDEA, Section 504 of the Rehabilitation Act of 1973, and the States Quality Standards.

21. Representatives of the Defendant are all Caucasian.

22. The circumstances of the discipline, humiliating treatment, and the discharge give rise to an inference of unlawful discrimination based upon Ms. Holloway's race/national origin. Specifically, since other Caucasian employees performed the same items listed in the Plaintiffs Performance Improvement Plan, but were not put on a Performance Improvement Plan.

23. Ms. Holloway was forced to endure treatment by Administration, which resulted in an unsafe and a humiliating environment at work. Ultimately, the Plaintiff was forced to submit a letter of Resignation which cited the discrimination endured by the Plaintiff at the hands of the Administration, the Defendant.

24. Ms. Holloway engaged only in lawful practices, and in protected activities.

25. Ms. Holloway was subjected to such adverse treatment that would force a reasonable person to unwillingly submit a letter of resignation. The Plaintiff was treated, by statements and actions, in a manner in which any reasonable person in a protected class would recognize as demeaning and discriminatory.

26. As a direct result of Ms. Holloway's discharge, she has incurred damages including, lost wages, humiliation, mental anguish and inconvenience, the amount of which will be determined at the trial in this matter.

27. The circumstances of the discipline and the discharge give rise to an inference of unlawful discrimination based on the Plaintiff's protected class.

Claim 2: Retaliation in violation of EEO laws and EEO rights.

28. Ms. Holloway is including all the background information stated within paragraphs 1-16 above into this claim.

29. At all times, Ms. Holloway, the Plaintiff was performing her job in a satisfactory manner as per the job description, IDEA, Section 504 of the Rehabilitation Act of 1973, and the States Quality Standards.

30. Retaliation occurs when an employer takes a materially adverse action because an applicant or employee asserts rights protected by the EEO laws. Asserting EEO rights is called "protected activity." The Plaintiff, wrote a forced Letter of Resignation, in response to threats of negative reviews and references, stating acts of bias by the Defendant towards the Plaintiff, and the Defendant then decided not to accept the Letter of Resignation, and instead decided to terminate employment, confiscated keys and badges from the Plaintiff, loaded most of the Plaintiffs property onto carts, and humiliated the Plaintiff by force marching the Plaintiff out of the building, stuffing the Plaintiffs property into the Plaintiffs car, and locking the Plaintiff out of the Building.

31. Thus, Ms. Holloway was discharged by the Defendant in retaliation because of the charge of discrimination made by the Plaintiff.

32. The circumstances of the discipline, humiliating treatment, and the discharge give rise to an inference of unlawful discrimination based upon Ms. Holloway's race/national origin and in retaliation against the charge of discrimination by Ms. Holloway.

33. Ms. Holloway was forced to endure treatment by Administration, which resulted in an unsafe and a humiliating environment at work. By threatening to give Ms. Holloway negative reviews and references, Ms. Holloway was forced to submit a letter of resignation. However, when the letter delineated the bias, which is a synonym for discrimination, was submitted, then the Administration, confiscated her keys and badge, and forcibly led Ms. Holloway out of the building and off the property as if the plaintiff, Ms. Holloway, had violated the law; as the Plaintiff was further humiliated in front of the entire school. Ms. Holloway was then told by the Superintendent that if she wished to submit a proper "dignified" letter of resignation, she would not be fired, nor be given negative reviews and negative references. Additionally, Ms. Holloway was told by the Superintendent that she just didn't fit into their "culture." The Plaintiff has since not been able to find work in her chosen profession of teaching; thus, may be due to the bad reviews and bad references promised by the Defendant.


Claim 3: Wrongful discharge in violation of Public Policy.

34. Ms. Holloway is including all the background information stated within paragraphs 1-16 above into this claim.

35. At all times, Ms. Holloway, the Plaintiff was performing her job in a satisfactory manner as per the job description, IDEA, Section 504 of the Rehabilitation Act of 1973, and the States Quality Standards.

36. Ms. Holloway was disciplined and accused of not working well with other teachers because of advocating for students with disabilities.

37. Ms. Holloway was subjected to such adverse treatment that would stop a reasonable person from advocating for students with disabilities.

38. The Plaintiff was wrongfully accused of not getting along with other teachers in her Performance Improvement Plan for trying to follow the laws and advocate for students with disabilities in violation of protecting the publics' interest in providing students with a Free Appropriate Education in the Least Restrictive Environment for students with Disabilities under Section 504 of the Rehabilitation Act of 1973 and the IDEA requirements, and this constitutes an exception to the "employment-at-will" doctrine.

REQUEST FOR RELIEF

WHEREAS, the Plaintiff, Ms. Holloway, respectfully requests that this Honorable Court enter judgment in the Plaintiff's favor and against the Defendant, and award the Plaintiff damages, including, though not limited to lost wages, mental anguish and inconvenience, all the amounts of which are to be determined at trial, for interest as allowed by law, for attorney fees and costs, exemplary damages, treble damages, and for such other and further relief as to the Court deems just and proper in its premises.

EEOC Form 5 (11/09)

|  |  |  |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>541-2019-01231<br>and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Rose A. Holloway | (719) 242-6598 | 1959 |

Street Address: 1344 Alexander Circle, Pueblo Depot Activity, CO 81001

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CANON CITY HIGH SCHOOL, FREEMONT COUNTY RE-1 | 500+ | (719) 276-5870 |

Street Address: 1313 College Avenue, Canon City, CO 81212

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
|  |  |  |

Street Address:

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-01-2018  Latest: 02-21-2019
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired on August 7, 2018, as a special education teacher. I received my job offer from the School District and I elected to work at Canon City High School. Soon after my hiring I was subjected to unequal performance standards compared to non-Hispanic teachers. Due to this treatment I was left with no option but to resign on February 21, 2019. In my resignation letter to the board I stated that I had been discriminated. I was subsequently walked off the campus by security in retaliation to my complaint.

I believe I and others in a protected class have been discriminated against because of our National origin (Mexican) and retaliated against for opposing discrimination in the workplace in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jun 07, 2019
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Denver Field Office**

303 East 17th Avenue, Suite 410
Denver, CO  80203
(303) 866-1300
TTY (303) 866-1950
FAX (303) 866-1085
1-800-669-4000

Rose A. Holloway
1344 Alexander Circle
Pueblo Depot Activity, CO 81001

RE:   Rose A. Holloway v. Freemont County RE-1 – Canon City High School
EEOC Charge Number: 541-2019-01231

Subject:  Dismissal of Charge

Dear Ms. Holloway,

This is to advise that we have made the determination to dismiss your charge of employment discrimination (EEOC Charge No. 541-2019-01231) against Freemont County RE-1 – Canon City High School. Our assessment of the charge included careful consideration of all the information offered by both you and the employer.

Our review of your charge indicates that it is very unlikely that further investigation will yield sufficient evidence to establish a violation of the laws that we enforce. Accordingly, we decline to take further action on the subject charge. The enclosed **Dismissal and Notice of Rights** represents a final determination by the U.S. Equal Employment Opportunity Commission (EEOC) and describes your right to pursue this matter by filing a lawsuit within 90 days of receipt of the notice. If you fail to file a lawsuit within the statutory 90-day period, your right to sue in federal court will expire and cannot be restored by the EEOC.

We hope that this information is helpful to you.

September 30, 2019
_____
Date

Sincerely,
**Helbis Varangot**
Digitally signed by Helbis Varangot
DN: cn=Helbis Varangot, o=EEOC, ou, email=Helbis.Varangot@eeoc.gov, c=US
Date: 2019.09.26 14:06:43 -06'00'

Helbis Varangot
Sr. EEOC Investigator
(303) 866-1018

Enclosures: Notice of Right to Sue

EEOC Form 161 (1/08)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Rose A. Holloway
1344 Alexander Circle
Pueblo Depot Activity, CO 81001

From: Denver Field Office
303 East 17th Avenue
Suite 410
Denver, CO 80203

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 541-2019-01231 | Christopher D. Padilla, Supervisory Investigator | (303) 866-1341 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act**: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS from your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA)**: EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Amy Burkholder,
Field Office Director

September 30, 2019
*(Date Mailed)*

Enclosure(s)

cc: CANON CITY HIGH SCHOOL, FREEMONT COUNTY RE-1
Caplan and Earnest LLC

JS 44 (Rev 06/17)    District of Colorado

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM)*

### I. (a) PLAINTIFFS
Rose A. Holloway

**(b)** County of Residence of First Listed Plaintiff    Pueblo County
*(EXCEPT IN U S PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

pro se/Rose A. Holloway, 1344 Alexander Cir, Pueblo, CO, 81001
719-647-7134

### DEFENDANTS
Freemont County RE-1/Canon City High School
Superintendent, George Welsh & Principal Bill Summers

County of Residence of First Listed Defendant    Freemont County
*(IN U S PLAINTIFF CASES ONLY)*
NOTE    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Attorneys *(If Known)*

Caplan & Earnest, 3107 Iris Ave., Suite 100, Boulder, CO, 80301

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U S Government Plaintiff
- ☐ 3 Federal Question *(U S Government Not a Party)*
- ☒ 2 U S Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U S Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*
Title VII of the Civil Rights Act, 42 USC Section 1981

Brief description of cause
Discrimination on the basis of Race/National Origin, Retaliation, and Wrongful discharge of Public Policy

☐ AP Docket

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F R Cv P    DEMAND $    CHECK YES only if demanded in complaint    JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*    JUDGE _____    DOCKET NUMBER _____

DATE    12/19/2019    SIGNATURE OF ATTORNEY OF RECORD    pro se /s/ Rose Holloway

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG JUDGE _____

From:
Reef Holloween
1344 Alexander Cir
Pueblo, CO 81001

To: Jeffrey P. Colwell, Clerk
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO
80294-3589


7017 1000 0001 1070 4856
CERTIFIED MAIL



80294


U.S. POSTAGE PAID
FCM LG ENV
PUEBLO, CO
81008
DEC 20, 19
AMOUNT
$5.10
R2305H130647-3

