Case 19-CV-03665-PAB-KMT

| | |
|---|---|
| United States District Court,<br>US District Court of Colorado<br>Magistrate Judge Kathleen M. Tafoya<br>Alfred A. Arraj United States Courthouse<br>901 19th Street<br>Denver, CO 80294-3433 | **FILED**<br>**UNITED STATES DISTRICT COURT**<br>**DENVER, COLORADO**<br>3:15 pm, Apr 28, 2020<br>**JEFFREY P. COLWELL, CLERK** |
| Plaintiff:<br>Rose A. Holloway<br><br>v.<br><br>Defendant:<br>Freemont County RE-1 – Canon City High School | |
| Rose A. Holloway Pro Se | |
| **Motion to include Document 30 into Evidence with Answer to Affirmative Defense** | |

The above referenced document was sent by mail on 23 April 2020 and filed on 27 April and is referred to in the Answer to the Defense's Affirmative Defense. Document 30 is a recording on a jump drive which was submitted to EEOC and has evidence with which to support my case.

Motion sent by email to the US District Court of Colorado on the 28th of April 2020. Motion emailed on 28 April 2020 to attorneys for the Defendants – Michael W. Schreiner and David M. Strachan, Caplan and Earnest, LLC, 3107 Iris Avenue, Suite 100 Boulder, CO 80301.

Original signed

Rose A. Holloway, Pro Se
1344 Alexander Circle
Pueblo, CO 81001