**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  19-cv-03665-PAB-KMT

**ROSE A. HOLLOWAY**

    Plaintiff,

v.

**FREEMONT COUNTY RE-1/CANON CITY HIGH SCHOOL**

    Defendant.

---

**EMERGENCY MOTION TO RESTRICT PUBLIC ACCESS TO PLAINTIFF'S EXHIBITS ATTACHED TO ECF NOS. 25 & 34 PURSUANT TO D.C.COLO.LCivR 7.2**

---

Defendant Freemont County RE-1/Canon City High School, (the "School District") hereby submits this Emergency Motion to Restrict Public Access to Plaintiff's Exhibits Attached to ECF Nos. 25 & 34 Pursuant to D.C.COLO.LCivR 7.2, stating as follows:

**CERTIFICATE OF CONFERRAL**

Undersigned counsel certifies that they have attempted to confer with *pro se* Plaintiff; however, they have not received a response at the time of filing this motion. Due to exigent circumstances, undersigned files the instant motion.

**MOTION**

1.    On April 21, 2020, Plaintiff filed her "Reply to Defendant's Reply for Partial Motion to Dismiss" and attached various exhibits which undersigned received notification of such filing on April 22, 2020. *See* ECF No. 25.

2. On April 28, 2020, upon Motion by Defendant (ECF No. 31), the Court entered an Order (ECF No. 33) striking Plaintiff's Surreply in Response to Defendant's Partial Motion to Dismiss (ECF No. 25).

3. On April 28, 2020, Plaintiff filed her "Answer to Defendant's Affirmative Defenses" and attached various exhibits which undersigned received notification of such filing on April 29, 2020. *See* ECF No. 34.

4. On April 29, 2020, the Court *sua sponte* entered an Order striking Plaintiff's filing; however, exhibits attached thereto are still publicly accessible on ECF. *See* ECF No. 34; 37.

5. A review of Plaintiff's exhibits attached to ECF Nos. 25 and 34 demonstrates that Plaintiff impermissibly filed minor students personally identifiable information ("PII") in violation of Fed. R. Civ. P. 5.2 as well as various federal and state laws including but not limited to 20 U.S.C. § 1232 *et seq.* and C.R.S. § 22-16-101 *et seq.* As demonstrated therein, these exhibits impermissibly contain these individuals' names, and other very personal information that should not have been disclosed. *See, e.g.,* ECF No. 25 at pp. 8-19; No. 34-1 at p. 7 ; ECF No. 34-1 at pp. 19-25; and 34-4 at pp. 1-3.

6. The School Board hereby requests this Honorable Court to enter an order restricting public access to all exhibits attached to ECF Nos. 25 and 34 as these minor students' privacy interests far outweigh the presumption of public access and would otherwise result in irreparable harm should such private information be readily available to the public. Parsing such PII littered throughout Plaintiff's exhibits to a previously stricken pleading is overly burdensome and a waste of judicial resources. Pursuant to D.C.COLO,LCivR 7.2, Defendant hereby requests Level 1 restricted public access to such exhibits (*i.e.* the Court and parties only).

7.     Defendant submits that exigent circumstances, namely the personal nature of the information disclosed, merit granting the instant motion prior to the three (3) day period waiting period for the public to file an objection.

WHEREFORE, for the reasons set forth above, Defendant moves this Honorable Court to restrict public access to exhibits attached to Plaintiff's Reply to Defendant's Reply for Partial Motion to Dismiss and Plaintiff's "Answer to Defendant's Affirmative Defenses" (ECF Nos. 25 and 34) and for such other relief as the Court deems just and proper under the circumstances.

Respectfully submitted this 29th day of April, 2020.

 s/ Michael W. Schreiner
Michael W. Schreiner #15226
David M. Strachan #52005
CAPLAN and EARNEST LLC
1800 Broadway, Suite 100
Boulder, CO 80302
Telephone: 303-443-8010
Fax: 303-440-3976
mschreiner@celaw.com
dstrachan@celaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE (CM/ECF)

  I HEREBY CERTIFY that on this 29th day of April, 2020 a true and correct copy of the foregoing was electronically filed via US District Court of Colorado, CM-ECF and by U.S. Mail to:

Rose A. Holloway
1344 Alexander Cir.
Pueblo, CO 81001
rahnews@comcast.net

               *s/ Shellie Satterfield*
               Shellie Satterfield, Paralegal